IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| GERARD SZUBIELSKI, | § | No. 98, 2015 |
| Defendant Below, Appellant, | § § § § | |
| v. | § § § | Court Below - Superior Court of the State of Delaware in and for New Castle County |
| STATE OF DELAWARE, | § § | |
| Plaintiff Below, Appellee. | § § § § | Cr. No. 0605023366 |

Submitted: October 7, 2015
Decided: October 8, 2015

Before **HOLLAND**, **VALIHURA** and **VAUGHN**, Justices.

## ORDER

This 8th day of October 2015, the Court having considered this matter on the briefs filed by the parties has determined that the final judgment of the Superior Court should be affirmed on the basis of and for the reasons assigned by the Superior Court in its opinion dated January 30, 2015.

NOW, THEREFORE, IT IS HEREBY ORDERED that the judgment of the Superior Court be, and the same hereby is, AFFIRMED.

BY THE COURT:

Justice